IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ORVILLE C. MASSEY, JR.,

        Plaintiff,

v.                                    CIVIL ACTION NO.  2:13-cv-08842

DETECTIVE JOHN E. WRISTON, et al.,

        Defendants.

### JUDGMENT ORDER

In accordance with the Court's Memorandum Opinion and Order entered on this date, the Court **OVERRULES** Plaintiff's Objections, (ECF No. 6), **ADOPTS** the PF&R, (ECF No. 5), to the extent it is consistent with that Memorandum Opinion and Order, **DENIES** Plaintiff's Application to Proceed Without Prepayment of Fees and Costs, (ECF No. 1), **DISMISSES WITH PREJUDICE** this case, and **DIRECTS** the Clerk to remove this action from the Court's docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:        September 21, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE